IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| DIANE SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | 3:13-cv-00809-slc |
| | ) | |
| v. | ) | Magistrate Judge Crocker |
| | ) | |
| FIRST ASSET RECOVERY GROUP, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF DEFAULT

Plaintiff, DIANE SANDERS, has requested that the Clerk of this Court enter a default against Defendant, FIRST ASSET RECOVERY GROUP, LLC., pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that Defendant has failed to appear, plead or otherwise defend, the default of Defendant, FIRST ASSET RECOVERY GROUP, LLC., is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 24th day of January, 2014.

Peter Oppeneer, Clerk of Court